UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-cr-123-pp |
| Plaintiff, | |
| v. | |
| CATRINA A. NELSON, | |
| Defendant. | |

**ORDER REQUESTING DEFENDANT'S COUNSEL TO CONFER WITH THE DEFENDANT REGARDING APPELLATE RIGHTS, AND TO FILE A LETTER REGARDING DEFENDANT'S INTENT TO APPEAL**

The court held a hearing on February 15, 2018, at which it revoked the defendant's supervised release and sentenced her to time served, followed by a new term of supervised release with the condition that she serve ten weeks of intermittent confinement (weekends). Dkt. Nos. 102, 103. At that hearing, the court neglected to explain to the defendant her appeal rights.

Under Fed. R. Crim. P. §32(j)(1)(A), the defendant has a right to appeal the sentence imposed by the court. The court should have explained to the defendant that she had a small window of time to appeal the sentence—only fourteen days from the date the clerk entered the judgment on the docket (in this case, February 16, 2018). The court usually urges defendants to talk to their attorneys as soon as possible, so that the attorneys do not miss the opportunity to appeal if a defendant wishes to do so.

The court **REQUESTS** that counsel for the defendant advise his client of her right to appeal the sentence imposed, then file a letter with the court confirming that he discussed the defendant's rights with her. The court further **REQUESTS** that counsel indicate, in writing, whether the defendant intends to file an appeal, or whether she would like the clerk to file a notice of appeal on her behalf.

Dated in Milwaukee, Wisconsin this 20th day of February, 2018.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**